BEFORE THE SECOND DIVISION, APRIL 26, 1961

**No. 65523.**—The Huffman Manufacturing Company *v.* United States, protests 60/31176, 60/31180, and 60/31187 (Norfolk).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.